UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT,<br><br>    Plaintiff,<br><br>    v.<br><br>J. CHAN, and CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendants. | Case No. 1:19-cv-01079-DAD-JDP<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS TO DENY MOTION TO PROCEED IN FORMA PAUPERIS AND REQUIRE PAYMENT OF FILING FEE IN FULL WITHIN TWENTY-ONE DAYS<br><br>ECF No. 4<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |

Plaintiff Rickey Leon Scott is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. On August 5, 2019, plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 2. On August 12, 2019, I recommended that plaintiff's motion be denied. ECF No. 4. That recommendation was adopted, ECF No. 7, but the adoption was vacated by the Court of Appeals. ECF No. 14. For the sake of judicial efficiency, *see* Fed. R. Civ. P. 1, I hereby vacate the August 12, 2019, findings and recommendations, ECF No. 4.

Plaintiff's original application, filed over a year ago, does not contain a trust fund account statement as required by 28 U.S.C. § 1915(a)(2). Thus, plaintiff must resubmit his application or pay the filing fee.

Accordingly, it is hereby ordered that:

1

1. The August 12, 2019, findings and recommendations, ECF No. 4, are vacated;
2. Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative pay the $400.00 filing fee for this action;
3. No requests for extension will be granted without a showing of good cause;
4. Failure to comply with this order will result in dismissal of this action; and
5. The clerk's office is directed to send plaintiff an application to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   August 20, 2020                        /s/ Jeremy Peterson
                                                               UNITED STATES MAGISTRATE JUDGE

No. 204.