UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CHAN, and CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | Case No. 1:19-cv-01079-DAD-HBK<br><br>ORDER DENYING PLAINTIFFS MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>(Doc. No. 20) |

      Plaintiff Rickey Leon Scott, proceeding *pro se*, initiated this action by filing a civil rights complaint under 42 U.S.C. § 1983 on August 5, 2019. (Doc. No. 1). Before the court is plaintiff's motion for judgment on the pleadings. (Doc. No. 20).

      Under Federal Rule of Civil Procedure 12(c), "after the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings." Here, the court has yet to screen the complaint and therefore has not ordered service of the complaint on the defendants. Accordingly, defendants have not yet filed a responsive pleading to the complaint— meaning that the pleadings are not closed, as required by Rule 12(c). Consequently, plaintiff's motion for judgment on the pleadings as premature. Plaintiff may renew his motion once the

pleadings are closed. To the extent plaintiff wishes to request some other form of relief from this court, he should do so through a properly filed motion. Fed. R. Civ. P. 7(b).

Accordingly, it is **ORDERED**:

Plaintiff's motion for judgment on the pleadings (Doc. No. 20) and is DENIED without prejudice as premature.

IT IS SO ORDERED.

Dated:   April 20, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2