UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKEY LEON SCOTT,<br><br>              Plaintiff,<br><br>       v.<br><br>J. CHAU; ET. AL.,<br><br>              Defendants. | Case No.  1:19-cv-01079-DAD-HBK<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT TO CORRECT SPELLING OF DEFENDANT CHAN to CHAU<br><br>(Doc. No.  24)<br><br>ORDER DIRECTING CLERK OF COURT TO CORRECT DOCKET |

Pending before the Court is Plaintiff's motion to correct the spelling of the name of Defendant J. Chan filed on March 14, 2022.  (Doc. No. 24).  Plaintiff states he incorrectly spelled Defendant "J. Chan's" name in his First Amended Complaint ("FAC") and requests the Court correct the spelling to "J. Chau" as reflected in the exhibits to the FAC.  (*Id*.).

The Court liberally construes the motion as brought under Fed. R. Civ. P. 15. *See Miles v. Dep't of Army*, 991 F.2d 777, 781-82 (9th Cir. 1989) (discussing amendment of the complaint to name proper defendant).  Because Plaintiff already amended his pleading once as a right, he may only amend it with the party's written consent or by leave of court. Fed. R. Civ. P. (a)(2).  The Court will grant leave to amend the FAC to correct the spelling of "Chan" to "Chau."

Accordingly, it is **ORDERED**:

1. Plaintiff's motion (Doc. No. 24) is **GRANTED**.

2. The Clerk of Court shall edit the docket to reflect the proper name of Defendant "J. Chan as J. Chau."

3. The Clerk of the Court shall correct the docket to reflect all defendants named in Plaintiff's FAC (Doc. No. 23).[1]

Dated:    April 18, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] The docket currently identifies Dr. Chan and the California Department of Corrections as defendants as named in Plaintiff initial complaint. Plaintiff is proceeding on his FAC (Doc. No. 23), which supersedes the Complaint as the operative pleading. Thus, the docket should be corrected to reflect the termination of the California Department of Corrections as a defendant and the following newly named defendants: J. Knight, Appeals Examiner; M. Voong, Chief of Appeals; B. Johnson, CCII, B. Kibler, Chief Deputy Warden, North Learn State Prison; and J. Chau, Medical Doctor.