IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY LEON SCOTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. CHAU,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01079-NODJ-HBK (PC)<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(Doc. No. 53) |

Pending before the Court is Defendant's Motion to Modify the Discovery and Scheduling Order, filed December 6, 2023. (Doc. No. 53, "Motion"). Defendant seeks to extend the discovery deadline by 90 days—from January 8, 2024 to April 8, 2024, the discovery motion deadline from January 22, 2024 to April 22, 2024, and the dispositive motion deadline from April 4, 2024 to July 3, 2024. (*Id*. at 1). Defendant seeks the extension because Plaintiff has provided incomplete responses to certain written discovery requests and failed to respond to others, delaying discovery and preventing Defendant from taking Plaintiff's deposition. (*Id*. at 1-2). Plaintiff filed no opposition to the Motion and time to do so has expired. Local Rule 230(l).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally,

Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent.  Here, Defendant filed his motion before the original time expired and have established good cause to extend the applicable deadlines.

ACCORDINGLY, it is hereby ORDERED:

1. Defendant's Motion to Modify the Discovery and Scheduling Order (Doc. No. 53) is GRANTED.
2. The deadline to complete discovery in this case is extended from January 8, 2024 to **April 8, 2024**.
3. The deadline for filing discovery motions is extended from January 22, 2024 to **April 22, 2024.**
4. The deadline for filing dispositive motions is extended from April 4, 2024 to **July 3, 2024.**
5. The procedures set forth in the Court's April 5, 2023 Discovery and Scheduling Order (Doc. No. 41) remain in effect.

Dated:   January 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

[2]