1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   RICKEY LEON SCOTT,                          Case No.  1:19-cv-01079-KES-HBK (PC)

12                 Plaintiff,                     ORDER ADOPTING FINDINGS AND
                                                  RECOMMENDATIONS DENYING
13        v.                                      PLAINTIFF'S MOTION FOR JUDGMENT
                                                  ON THE PLEADINGS
14   J. CHAU,
                                                  Doc. 49
15                 Defendant.

16

17        Plaintiff Rickey Leon Scott ("Scott") is a state prisoner proceeding pro se and in forma

18   pauperis in this action filed pursuant to 42 U.S.C. § 1983.  The matter was referred to a United

19   States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

20        Scott moved for judgment on the pleadings pursuant to Federal Rule of Civil Procedure

21   ("Rule") 12(c).  Doc. 42.  On August 4, 2023, the magistrate judge issued findings and

22   recommendations, recommending the denial of Scott's motion because Scott did not establish the

23   absence of any genuine dispute of material fact.  Doc. 49.  The magistrate judge found that

24   defendant Chau's Answer raised facts that, if true, would defeat Scott's claim and, as the moving

25   party, Scott had failed to carry his burden under Rule 12(c).  *Id.* at 3.  Scott filed objections on

26   August 29, 2023, contending that defendant Chau's answer was slanderous, defamatory, and

27   untruthful and that his motion for judgment on the pleadings should be granted.  Doc. 50.

28        In accordance with the provisions of 28 U.S.C. § 636(b)(1), the court has conducted a de

1  novo review of this case.  Having carefully reviewed the file, the court finds the findings and

2  recommendations to be supported by the record and by proper analysis.  In his objections, Scott

3  claims generally that Chau's Answer was a "material variance from the truth."  Doc. 50 at 1-2.

4  Under Rule 12(c), however, the facts in the Answer must be construed as true for purposes of a

5  motion for judgment on the pleadings.  "All allegations of fact by the party opposing the motion

6  are accepted as true, and are construed in the light most favorable to that party."  *Unite Here*

7  *Local 30 v. Sycuan Band of the Kumeyaay Nation*, 35 F.4th 695, 700 (9th Cir. 2022) (citing *Gen.*

8  *Conf. Corp. of Seventh-Day Adventists v. Seventh-Day Adventist Congregational Church*, 887

9  F.2d 228 (9th Cir. 1989)).  As defendant Chau denied the material facts in Scott's Second

10  Amended Complaint, *see* Doc. 40, the court adopts in full the magistrate judge's recommendation

11  and Scott's motion for judgment on the pleadings is denied.

12      ACCORDINGLY, it is ORDERED:

13      1.  The findings and recommendations, filed on August 4, 2023, Doc. 49, are adopted in

14          full; and

15      2.  Defendant's motion for judgment on the pleadings, Doc. 42, is DENIED.

16

17

18  IT IS SO ORDERED.

19      Dated:    August 26, 2024

        UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28