| | |
|---|---|
| RICKEY LEON SCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>J. CHAU,<br><br>        Defendant. | No. 1:19-cv-01079-KES-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>Doc. 65 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Rickey Leon Scott is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. Docs. 18, 28. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff proceeds on his second amended complaint, as screened, asserting an Eighth Amendment deliberate medical indifference claim against Defendant J. Chau. Docs. 28, 29, 31. On July 3, 2024, Chau timely filed a motion for summary judgment. Doc. 60; *see also* Doc. 54. On September 9, 2024, the assigned magistrate judge issued findings and recommendations to grant Chau's motion for summary judgment, finding no genuine dispute of material fact as to whether Chau acted with deliberate indifference to plaintiff's serious medical needs. Doc. 65. The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen days of service. *Id*. at 23. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

1

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. After carefully reviewing the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on September 9, 2024, Doc. 65, are adopted in full;
2. Defendant Chau's motion for summary judgment, Doc. 60, is granted; and
3. The Clerk of the Court is directed to enter judgment for defendant Chau and close this case.

IT IS SO ORDERED.

Dated:   June 16, 2025

_____
UNITED STATES DISTRICT JUDGE

2